UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

JAMIE CRAWFORD

                                                                 Petitioner,

        -v.-

                                          Civil Action No.
                                          9:04-cv-473 (GLS/DRH)

JOHN BURGE, Superintendent

                                       Respondent.
--------------------------------------------------------------------------------

APPEARANCES:

JAMIE CRAWFORD
Petitioner, *pro se*
99-B-2428
Auburn Correctional Facility
**Post Office Box 618**
**135 State Street**
**Auburn, New York 13021**

**HON. ELIOT SPITZER**                            **PATRICK F. MacRAE, Esq**.
Attorney General of the State of New York
615 Erie Boulevard West
Suite 102
Syracuse, New York 13204


GARY L. SHARPE,
U.S. DISTRICT JUDGE

## **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge David R. Homer, duly filed November 1, 2005.  Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge David R. Homer  filed November 1, 2005 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that the petition for a writ of habeas corpus be DENIED,  and it is further

ORDERED, that the Clerk of the Court is to enter judgment in favor of Respondent  and close this case.

IT IS SO ORDERED

Dated:   November 28, 2005
         Albany, New York

Gary L. Sharpe
U.S. District Judge

2